United States District Court
Middle District of Florida
Orlando Division

**RAQUEL CRUZ,**

*Plaintiff,*

v.                                                                     **NO. 6:25-cv-1531-PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

*Defendant.*

_____

## Order

The Commissioner of Social Security moves to reverse the decision below and remand the case. Doc. 23. Considering the absence of opposition and the authority described in the motion, the court:

1. **grants** the Commissioner's unopposed motion, Doc. 23;

2. **reverses** the decision under sentence four of 42 U.S.C. § 405(g);

3. **remands** the case with directions to "offer [Cruz] an opportunity for a hearing and issue a new decision"; and

4. **directs** the clerk to enter judgment for Raquel Cruz and against the Commissioner of Social Security and close the file.

**Ordered** in Jacksonville, Florida, on March 26, 2026.

Patricia D. Barksdale
United States Magistrate Judge